**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK BARTELL, ET AL.**, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | **No. 2:19-cv-6056** |
| **COMMUNITY COLLEGE OF PHILADELPHIA, ET AL.**, | : | |
| *Defendants.* | : | |
| **CAROL STEIN, ET AL.**, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | **No. 2:19-cv-6057** |
| **COMMUNITY COLLEGE OF PHILADELPHIA, ET AL.**, | : | |
| *Defendants.* | : | |
| **MARGARET STEPHENS, ET AL.**, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | **No. 2:20-cv-1659** |
| **COMMUNITY COLLEGE OF PHILADELPHIA, ET AL.**, | : | |
| *Defendants.* | : | |

|                                      | : |                    |
|--------------------------------------|---|--------------------|
| **THOMAS J. QUINN,**                 | : | **CIVIL ACTION**   |
|                                      | : |                    |
| *Plaintiff,*                         | : |                    |
|                                      | : |                    |
| v.                                   | : | No. 2:20-cv-1666   |
|                                      | : |                    |
| **COMMUNITY COLLEGE OF PHILADELPHIA, ET AL.,** | : |          |
|                                      | : |                    |
| *Defendants.*                        | : |                    |

# ORDER

**AND NOW**, this 21st day of April, 2021, upon consideration of the Motions to Dismiss by Defendants' Community College of Philadelphia (the "College") and Dr. Donald Guy Generals (Dkt. No. 19-6056, Doc. No. 16; Dkt. 19-6057, Doc. No. 15; Dkt. No. 20-1659, Doc. No. 13; and Dkt. No. 20-1666, Doc. No. 14), Plaintiffs' Memorandum in Opposition (Dkt. No. 19-6056, Doc. No. 17; Dkt. 19-6057, Doc. No. 16; Dkt. No. 20-1659, Doc. No. 14; and Dkt. No. 20-1666, Doc. No. 15), and Defendants' reply (Dkt. No. 19-6056, Doc. No. 18-1; Dkt. 19-6057, Doc. No. 17-1; Dkt. No. 20-1659, Doc. No. 15-1; and Dkt. No. 20-1666, Doc. No. 16-1), it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED in part and DENIED in part.** The Motions are **GRANTED in part** as follows:

1. Plaintiffs' Age Discrimination in Employment Act ("ADEA") and Pennsylvania Human Relations Act ("PHRA") age discrimination claims based on disparate treatment (Counts I and IV) are **DISMISSED without prejudice**.

2. Plaintiffs' PHRA claim (Count IV) against Dr. Generals in his individual capacity is **DISMISSED with prejudice**. The Clerk of Court is directed to **TERMINATE** Dr. Generals only as a defendant from this matter.

3. Plaintiffs' claims for declaratory relief for violations of the Older Workers Benefit Protection Act (Count III) are **DISMISSED with prejudice**.

4. Plaintiff Bartell's Americans with Disabilities Act disability discrimination and failure to accommodate claims (Count V of the <u>Bartell</u> Complaint) are **DISMISSED without prejudice**.

It is **FURTHER ORDERED** that Defendants' Motions are **DENIED in part** as to Plaintiffs' ADEA and PHRA age discrimination claims based on disparate impact (Counts II and IV).

It is **FURTHER ORDERED** that **within thirty (30) days of the date this Order**, Plaintiffs may file Amended Complaints to attempt to cure, if they can do so in good faith, the deficiencies outlined the accompanying Memorandum Opinion.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**